**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1582**

———————

DORA L. ADKINS,

        Plaintiff - Appellant,

    v.

MICROSOFT CORPORATION,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:25-cv-00747-LMB-WEF)

———————

Submitted:  July 29, 2025                    Decided:  August 1, 2025

———————

Before KING, WYNN, and BERNER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dora L. Adkins, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motions for leave to file a proposed emergency complaint and to expedite. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Adkins v. Microsoft Corp.*, No. 1:25-cv-00747-LMB-WEF (E.D. Va. May 2, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*